UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR ARZATE, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGLES COUNTY SHERRIF DEPT., et al., <br><br> Defendants. | Case No. CV 18-06082-DOC (JDE) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Second Amended Complaint (Dkt. 10), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 12), the Declaration in Support of Complaint" filed by Plaintiff (Dkt. 13), which the Court interprets as objections to the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted;
2. Plaintiff's Second Amended Complaint is dismissed without leave

to amend and with prejudice; and

3. Judgment shall be entered accordingly.

Dated: October 2, 2018

_David O. Carter_
DAVID O. CARTER
United States District Judge