JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VICTOR ARZATE,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGLES COUNTY SHERRIF DEPT., et al.,<br><br>    Defendants. | Case No. CV 18-06082-DOC (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: October 2, 2018

_David O. Carter_
DAVID O. CARTER
United States District Judge